FOR MAILING BY N.M.
APR 02 2023
PROVIDED TO SANTA ROSA C.I. ON

FILED 2023 APR -5 PM 2:14 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

3:23cv392-BJD-PDB

TO: The Court/Clerk's Office

From: Michael A. Noel
DC#: X11426
inst.: Santa Rosa - annex
Address: 5850 east milton road
milton, fl. 32583
Date: 4/2/23

## CORRESPONDENCE TO COURT

Dear Clerk,

This correspondence is in reference to my planned suicidal intent that i am hoping that will result in my death by Apr. 10, 2023 for the following reasons stated below...

on 11/4/22 between the time frame of (7pm & 10:30pm) i was severely beaten physically and sexually battered by Sgt. Smith, Sgt. Lawrence, and Of'c. Driggers at "Walton Correctional Institution". This incident was immediately reported, I was examin by medical personell at "Walton C.I.", and Inspector Drew of the inspector General's office interviewed me immediately along with nursing staff at Walton C.I., and a case number was assigned to this case and now the investigation into this 11/4/23 is still ongoing.

11/5/22 thru 11/21/22 while housed still at "Walton C.I." after the incident i was threaten daily and repeatedly by these officials who are involved along with other staff and gang members at "Walton C.I." that once i return to "Walton C.I." from the inpatient unit i will be falsely accused of having a weapon, battery on another inmate or staff, and then these individuals involved or other staff along with the gang members at "Walton C.I." will stab and beat me to death and kill me. But on Nov. 8, 2022 while i was at "Walton C.I." housed in the medical Isolation cell under suicidal precaution i stated to my Mental Health therapist Mrs. Lucille Stahl, RMHCI, MHP, that i would have to cut the throat of the staff involved along with the gang members involved also first chance i get if i returned to "Walton C.I." once i departed

#②.

→ cont.

and to get them first before they kill me first, and then kill myself before i am tortured to death. Then my therapist "Mrs. Lucille Stahl" wrote an incident reported and reported my comments to the Warden Mr. Knight at "Walton C.I." and she was told to write an Displinary report for "Spoken threats" all on Nov. 8, 2022 and she did.

So once i was finish with my inpatient treatment at Santa Rosa annex and completed the mental health program i was told by the classification supervisor "Mrs. S. Shelley" here at Santa Rosa annex that at i can now request protection from those staff at "Walton C.I." who beat me and sexual battered me on 11/4/22 and due to their threats to harm me and kill me when i returned to Walton C.I. along with the gang members at "Walton C.I." who also threaten to hurt and kill me for those staff involved who paid them off to do they dirty bloody work for me being a "Big Rat/Snitch", and i did request protection from those individuals due to those reasons, and i followed up with an protection statement along with a separate informal Complaint # 135-2303-0151 to the Santa Rosa Annex "Warden" Mr. D. Leavins for protection and a special review from Walton C.I. and those individuals involved on 3/27/23, and the complaint for protection or a special review from Walton C.I. staff and gang members involved it was forwarded to "Mrs. S. Shelley" classification supervisor for Santa Rosa Annex and she "approved" my informal Complaint for me to Protective and Specialed Reviewed from those staff and gang members at "Walton C.I.", see # enclosed EXHIBIT "A" that concurs with this allegation i made of her approval to keep me safe from "Walton C.I." staff from any further Sexual abuse, Physical Abuse, and now death. So W-
→ HY AM I HOUSED AGAIN AT WALTON C.I. FOR IN GREAT DANGER OF SEXUAL/PHYSICAL ABUSE INJURY AND DEATH...

So now that i should be on my way back to Walton C.I. or i should be housed already at Walton C.I. by the time and date you recieve this correspondence, so therefore i have   cont. →
pg # 2).

# ③

→ cont.

already planned my vicious suicidal intents by or no later than Apr. 10, 2023.

I have already reported all of this in this correspondence inc--luding my new Apr. 10, 2023 suicidal intents if i am returned to "Walton C.I." to be abused and killed by the staff and gang members involved, to the Inspector General's office for the St--ate of Florida, Mental health Staff, Warden, and the Santa Rosa Annex Classification Administration, but i was not taken seriou and ignored although i have an extensive history serious sui--cidal Behaviors, see enclosed, EXHIBIT #(A), & (B)...

All mental health staff currently employed at Walton C.I., Santa Rosa annex, along with the Wardens and the administration depts. at both of the institutions has pledged not to afford a--ny inmate any protection or any kind of ~~~~ mental health treatment or less you get stabbed to death on you by anot--her inmate or staff, or less you inflict harm on yourself so bad that you on life support or dead then that's when they will help and protect my black ass i been told at Sant Rosa ann--ex and Walton C.I., i been told at both institutions by Mental Health Staff, Medical Staff, Wardens, and Classification Dept. personells.

I been treated with "injustice" at it's worst, because all i wanted (FDC) and the inspector General's office to "Protect" me from those officers and gang members at "Walton C.I." from anymore further Sexual/Physical abuse and they plans to frame me and kill me soon as they see me, or to protect me from hurting them first out of self def--ense and then killing myself before they can torture me to death, but i was laugh at and ignored by the authorities that took a pledge and duty is called to keep staff and inmates "SAFE" from Sexual/Physical abuse, and death, SO WHAT IS HAPPENING NOW TO KEEP ME SAFE   cont. →

pg. #3).

"NOTHING", WHICH IS "INJUSTICE" AT ITS "WORST". If this court after it reviews this correspondence refuses to get me some immediate help from some higher authorties and (F.D.C) personell i will most likely be dead already by the time the courts get this letter. Death is awaiting me at the hands of Walton C.I. indivisuals mention in this correspondence or at my own hands by Apr. 10, 2023, and you will see the I.G. office, nor the Wardens along with there administrations and mental health dept. will do anything, but this your chance for "God" to "Protect" me today at all cost. I know and understand clearly as a proverty stricken black man "justice" has always been bankrupt for us, so is this court ready today to serve justice & Protection. DEATH AWAITING ME for my life.

So therefore, I respectfully ask that this court "Protect" me and justice today in doing so...

/S/ Michael A. Wind, #X11426

P.S. Please see and review enclose EXHIBITS #(A), & #(B)., (Protection Request & Approval), &(Mental health History)!!!

pg #4).